

# Fourth Court of Appeals
## San Antonio, Texas

June 12, 2015

No. 04-14-00896-CV

Hugo **ALANIZ,**
Appellant

v.

Jose Maria **AGUIRRE,** Elias Aguirre Jr., Argelio Aguirre, Jose Guadalupe Aguirre, and Elsa A. Lara,
Appellees

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-09-71
Honorable Jose Luis Garza, Judge Presiding

## O R D E R

We **grant** appellant's motion for extension of time and **order** appellant's brief due **July 13, 2015** (81 days after the original deadline). Appellant is advised that no further extensions of time will be granted and the appeal is subject to being dismissed if the brief is not filed by the date ordered.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court